UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/16

| | |
|---|---|
| TZVEE ROTBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., a Delaware Corporation,<br><br>Defendant. | CASE NO.: 1:16-cv-02957-NRB<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Tzvee Rotberg ("Plaintiff"), through counsel, hereby gives notice that the above-captioned action against defendant Dick's Sporting Goods, Inc. is voluntarily dismissed in its entirety, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the putative class members.

The parties agree that they are to bear their own fees and costs.

Dated: June 7, 2016

Respectfully submitted,

By: /s/ Domenic Romano
Domenic Romano
Domenic@romanolaw.com

Attorneys for Plaintiff

**SO ORDERED:**

_____
U.S.D.J.   6/8/16

1